# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| **In Re:** | ) | **Case No:** | **22-01473** |
| **Calvin Lemons** | ) | | |
| | ) | **Chapter:** | **Chapter 13** |
| **Debtor(s)** | ) | | |
| | ) | **Judge:** | **A. Benjamin Goldgar** |

## NOTICE OF MOTION

**TO:** See attached list

PLEASE TAKE NOTICE that on **June 14, 2022** at **1:30 p.m.**, I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, and present the **MOTION TO EXTEND TIME TO FILE CLAIM**, a copy of which is attached

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is **161 319 7225** and the passcode is **584922**. The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**By:** `/s/ David  Kosk`
David  Kosk
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
312.332.1800
ndil@geracilaw.com

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 22-01473 |
|     Calvin Lemons | ) | | |
| | ) | Chapter: | Chapter 13 |
|     Debtor(s) | ) | | |
| | ) | Judge: | A. Benjamin Goldgar |

**CERTIFICATE OF SERVICE**

  I, David Kosk, hereby certify that I served a copy of this notice along with the aforementioned document upon the listed parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, from 55 E. Monroe, Suite 3400, Chicago, Illinois, on June 7, 2022 before 5:30 p.m.

**By:**    */s/ David Kosk*
                 David Kosk

**LIST OF PARTIES SERVED**

Marilyn O. Marshall, 224 S. Michigan Ave., #800, Chicago, IL 60604

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Calvin Lemons, 7536 S. Normal Ave, Chicago, IL 60620

Via first class mail: Torrence Hinton, President, People's Gas, 200 E. Randolph St., Chicago, IL 60601

ALL CREDITORS ON THE ATTACHED LIST

Exeter Finance LLC c/o AIS Portfolio Servic
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Exeter Finance, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 22-01473<br>Northern District of Illinois<br>Eastern Division<br>Thu May 26 15:09:29 CDT 2022 | | |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AT&T<br>C/O Afni, Inc.<br>PO BOX 3097<br>Bloomington,IL 61702-3097 | Ability Recovery Services<br>Bankruptcy Dept.<br>PO BOX 4031<br>Pittston,PA 18644-0031 |
| (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | Armed Forces Bank, NAT<br>Attn: Bankruptcy Dept.<br>Po Box 3400<br>Fort Leavenworth,KS 66027 | Capital One<br>C/O Midland Funding<br>2365 Northside Dr.<br>Ste 30<br>San Diego,CA 92108-2709 |
| (p)CHICAGO DEPARTMENT OF LAW<br>ATTN BANKRUPTCY UNIT<br>121 N LASALLE ST SUITE 400<br>CHICAGO IL 60602-1264 | Cook County Clerk<br>Bankruptcy Dept<br>118 N. Clark Rm 230<br>Chicago,IL 60602-1335 | Cook County Clerk<br>c/o Samuel Jackson III - Tax Buyer<br>69 W Washington<br>STE 500<br>Chicago,IL 60602-3030 |
| Credit Acceptance CORP<br>Attn: Bankruptcy Dept.<br>Po Box 513<br>Southfield,MI 48037-0513 | Credit Acceptance Corporation<br>25505 W 12 Mile Rd Suite#3000<br>Southfield MI 48034-8331 | DirecTV<br>C/O IC System Inc<br>PO Box 64378<br>Saint Paul,MN 55164-0378 |
| Equifax<br>Attn: Bankruptcy Dept.<br>PO Box 740241<br>Atlanta,GA 30374-0241 | Exeter Finance LLC<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Exeter Finance LLC<br>Attn: Bankruptcy Dept.<br>Po Box 166097<br>Irving,TX 75016-6097 |
| Exeter Finance LLC Department<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave<br>Dept APS<br>Oklahoma City, OK 73118-7901 | Exeter Finance LLC c/o AIS Portfolio Service<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Experian<br>Attn: Bankruptcy Dept.<br>PO Box 2002<br>Allen,TX 75013-2002 |
| Extra Space Storage<br>4222 S Pulaski Rd<br>Chicago,IL 60632-3416 | Fifth Third Bank N.A.<br>PO Box 9013<br>Addison, Texas 75001-9013 | GM Financial<br>Bankruptcy Department<br>PO BOX 181145<br>Arlington,TX 76096-1145 |
| Larry Hodges<br>1059 N Springfield<br>Chicago IL 60651-3747 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick Bank<br>Bankruptcy Department<br>PO Box 9201<br>Old Bethpage,NY 11804-9001 |
| Secretary of State<br>Attn: Safety & Financial Resp<br>2701 S. Dirksen Pkwy.<br>Springfield,IL 62723-0002 | T-Mobile<br>C/O Enhanced Recovery CO<br>8014 Bayberry Rd<br>Jacksonville,FL 32256-7412 | TD BANK USA/Targetcred<br>Attn: Bankruptcy Dept.<br>Po Box 673<br>Minneapolis,MN 55440-0673 |

| | | |
|---|---|---|
| Transunion<br>Attn: Bankruptcy Dept.<br>PO Box 1000<br>Chester,PA 19016-1000 | Calvin Lemons<br>7536 S Normal Ave<br>Chicago, IL 60620-1844 | David Kosk<br>Geraci Law L.L.C.<br>55 East Monroe St. Suite #3400<br>Chicago, IL 60603-5920 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Ricardo Gomez<br>Geraci Law L.L.C.<br>55 East Monroe St. Suite #3400<br>Chicago, IL 60603-5920 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | City of Chicago Bureau Parking<br>Bankruptcy Dept/City Clerk<br>121 N. LaSalle St<br>Room 107<br>Chicago,IL 60602 | (d)City of Chicago Department of Finance<br>Chicago Dept. of Law Bankruptcy<br>121 N Lasalle St. Suite 400<br>Chicago IL.60602 |
| (d)City of Chicago Department of Finance<br>Utility Billing & Customer Service Divis<br>121 N. LaSalle St., Suite 400<br>Chicago, IL 60602 | (d)City of Chicago Dept of Water<br>City Clerk/Bankruptcy Dept<br>121 N. LaSalle St<br>Room 107<br>Chicago,IL 60602 | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     0<br>Total                  35 |

**IN THE UNITED STATES OF BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 22-01473 |
|    Calvin Lemons | ) | | |
|       Debtor(s), | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | A. Benjamin Goldgar |

**MOTION TO EXTEND TIME TO FILE CLAIM**

NOW COMES the Debtor, Mr. Calvin Lemons (the "Debtor"), by and through his attorneys, Geraci Law L.L.C., to present his **MOTION TO EXTEND TIME TO FILE CLAIM,** and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed his Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 02/09/2022.

3. The plan was confirmed by this Court on 05/17/2022.

4. The Debtor's tenant recently moved out and the Debtor wishes to move into the now vacant unit. The Debtor was not aware that the tenant was not paying the People's Gas bill and the current balance is $6,168.06.

5. The deadline for non-governmental agencies to file claims expired on April 20, 2022.

6. As of the date that this motion was filed, People's Gas has not filed a proof of claim in the Debtor's case.

7. The Debtor would like to have this debt paid through his Chapter 13 plan and the plan can support it and maintain the 100% dividend to general unsecured claims.

WHEREFORE, the Debtor, Calvin Lemons, prays this Court enter an order:

1. Granting the Debtor until July 7, 2022 to file a claim on behalf of People's Gas.

2. And for any further relief that this Court deems just and proper.

/s/ David Kosk
David Kosk

**Attorneys for the Debtor**
David KoskGeraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph): 312.332.1800  (Fax): 877.247.1960